**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

Case No.24-cr-20340
Hon. Matthew F. Leitman

-vs-

JEFFREY WILLIAM COON

Defendant.
_______________________________________________/

**EX PARTE ORDER ADMITTING PSYCHOLOGIST TO HAVE PROFESSIONAL CONTACT VISIT AND EQUIPMENT FOR MENTAL HEALTH EVALUATION**

Upon the Statement of Henry M. Scharg, counsel for Defendant, Jeffrey William Coon, that he requires the services of a mental health expert to assist him in the representation of the Defendant in the above referenced matter, and that he has retained the services of Dr. Atara Abramsky, Ph.D. of Southfield, Michigan to perform said mental evaluation.

**IT IS HEREBY ORDERED** that Dr. Atara Abramsky shall be allowed to conduct a professional contact visit with Defendant Jeffrey William Coon**,** an inmate at Sanilac County Jail in Sandusky, Michigan, or other place where defendant is incarcerated by the United States Marshal, during normal visiting

hours, until further order of this Court, and permitted to meet, interview, test and evaluate the Defendant, Jeffrey William Coon.

**IT IS FURTHER ORDERED** that Dr. Atara Abramsky be allowed to bring the necessary items for intelligence/brain function testing, including a laptop computer, iPad, tape recorder, blocks, picture cards and books into the Sanilac County Jail or other designated facility for the purpose of psychological testing of the Defendant.

**IT IS THE FURTHER ORDER** of the Court that Dr. Atara Abramsky be allowed to examine the Defendant, Jeffrey William Coon in a private, confidential area, and that she be permitted to meet with him for the necessary time to conduct a complete psychological evaluation.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 15, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 15, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126